Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Helene Ann Aiwaz | Chapter 13 Case Number: 17-42343-CN 13 |
| Debtors(s) | |

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on September 25, 2018 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California.

Date: August 08, 2018

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In Re | | Chapter 13 Case Number: |
| --- | --- | --- |
| Helene Ann Aiwaz | | 17-42343-CN 13 |
| | Debtors(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

August 08, 2018                                         /s/Selesia Fredotovich
                                                                     Selesia Fredotovich

                                                                     Jeff D Hoffman Atty
Helene Ann Aiwaz                                         825 Washington #330
2926 Devon Way                                           Oakland,CA 94607
San Pablo,CA 94806
                                                                     (Counsel for Debtor)
(Debtor(s))

Contra Costa County Tax Coll
Po Box 631
Martinez, CA  94553-0000

Access Capital
Po Box 1511
Visalia, CA  93279-0000

Bank Of America
Po Box 31655
Tampa, FL  33631

Mccarthy & Holthus Llp
1770 - 4Th Avenue
San Diego, CA  92101-0000

Rushmore Loan Management Services
Po Box 52708
Irvine, CA  92619

| # | | |
|---|---|---|
| 1 | Us Bank Trust National Assoc<br>C/O Sn Servicing Corp<br>323 - 5Th St<br>Eureka, CA  95501<br>(Creditor) | Contra Costa County Tax Collector<br>Po Box 967<br>Martinez, CA  94553<br>(Creditor) |
| 4 | Us Bank Trust National Assoc<br>C/O Sn Servicing Corp<br>323 - 5Th St<br>Eureka, CA  95501<br>(Creditor) | Contra Costa County Tax Coll<br>625 Court St #100<br>Martinez, CA  94553<br>(Creditor) |
| 7 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>P.O. Box 41021<br>Norfolk, VA  23541<br>(Creditor) | Bank Of America<br>,   00000<br>(Creditor) |
| 10 | Access Capital Svs Inc<br>1625 E Shaw Ave #137<br>Fresno, CA  93710<br>(Creditor) | Lvnv Funding C/O Resurgent Cap<br>Po Box 10587<br>Greenville, SC  296030587<br>(Creditor) |
| 13 | State Board Of Equalization<br>Po Box 942879<br>Sacramento, CA  94279<br>(Creditor) | Ic System<br>444 Highway 96 East<br>Saint Paul, MN  55127<br>(Creditor) |
| 16 | Employment Development Department<br>Po Box 826880<br>Sacramento, CA  942800001<br>(Creditor) | City Of Modesto<br>Po Box 767<br>Modesto, CA  95353<br>(Creditor) |
| 19 | Sargis David Aiwaz<br>1217 Las Cruces Ct #A<br>Modesto, CA  953501609<br>(Creditor) | Pinole Pet Hospital<br>1400 San Pablo Ave<br>Pinole, CA  94564<br>(Creditor) |
| 22 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) | Portfolio Recovery<br>Po Box 41067<br>Norfolk, VA  23541<br>(Creditor) |
| 25 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  958122952<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 28 | | Access Capital Svs Inc<br>1625 E Shaw Ave #137<br>Fresno, CA  93710<br>(Creditor) |

| | |
|---|---|
| 1 | Franchise Tax Board<br>Po Box 2952 |
| 2 | Sacramento, CA  958122952<br>(Creditor) |
| 3 | |
| 4 | Lvnv Funding C/O Resurgent Cap<br>Po Box 10587 |
| 5 | Greenville, SC  296030587<br>(Creditor) |
| 6 | |
| 7 | Tracy L Upton |
| | ,   00000 |
| 8 | (Creditor) |