JEFF HOFFMAN  SBN: 225569
LAW OFFICE OF JEFF D. HOFFMAN
901 Clay Street
Oakland, CA 94607-3900
Telephone:  (510) 451-0290
Facsimile:   (510) 465-1501

Attorney for Petitioner,
HELENE A. AIWAZ

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

HELENE A. AIWAZ,

    Debtor and Movant

Case No.:  17-42343

Chapter 13

**DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO MODIFY CHAPTER 13 PLAN**

I, the Debtor in this case, declare the following:

1. My principal residence is located at 2926 Devon Way, San Pablo, CA 94806 ("House").
2. I listed my House for sale.
3. Multiple potential buyers were interested in buying my House.
4. Those potential buyers declined to make offers on my House once they learned of liens placed on the home when my parents were alive and on title for the House ("Liens").
5. The Liens were not legitimate, because my parents were taken advantage of due to their advance ages.  Specifically, other persons who are not on title to the House borrowed money by using the House as collateral.
6. I hired an attorney to remove the Liens so that I could sell the house.
7. However, that attorney was unable to remove the Liens.
8. I have since hired The Marquez Law Group, PC in San Francisco, California to remove the Liens.

///

///

1

9. I expect the Liens to be removed so that I can sell the House.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Pablo, California on December 13, 2018.

Dated: December 13, 2018                     /s/ Helene A. Aiwaz_____
                                             Debtor