JEFF HOFFMAN  SBN: 225569
LAW OFFICE OF JEFF D. HOFFMAN
901 Clay Street
Oakland, CA 94607-3900
Telephone:  (510) 451-0290
Facsimile:   (510) 465-1501

Attorney for Petitioner,
HELENE A. AIWAZ

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HELENE A. AIWAZ,<br><br>Debtor and Movant | Case No.:  17-42343<br><br>Chapter 13<br><br>**DECLARATION OF NEIL E. CHAN IN SUPPORT OF MOTION TO MODIFY CHAPTER 13 PLAN** |

I, Neil E. Chan, declare the following:

1. I am an attorney licensed to practice in the state of California.
2. I am employed at the law firm known as The Marquez Law Group, PC ("Law Firm"), which is located in San Francisco, California.
3. The Law Firm represents Helene A. Aiwaz, the debtor in this case, in her attempt to remove certain liens from her house ("Liens").
4. I estimate that it is likely that the Liens will be removed.
5. I estimate that it will take six months to remove the Liens.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on December 13, 2018.


Dated: December 13, 2018                             /s/ Neil E. Chan_____
                                                                              Neil E. Chan

1